# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| ROBERT CRAWFORD § | |
| § | Civil Action No. 4:17-CV-368 |
| v. § | (Judge Mazzant/Judge Nowak) |
| § | |
| ALLIED PROPERTY AND CASUALTY § | |
| INSURANCE COMPANY, LAURA JONES | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On August 30, 2017, the report of the Magistrate Judge (Dkt. #32) was entered containing proposed findings of fact and recommendations that Plaintiff's Motion to Remand (Dkt. #11) be **DENIED**, Defendant Laura Jones be dismissed, and Defendant Laura Jones's Motion to Dismiss (Dkt. #27) be **DENIED AS MOOT**.

Having received the report of the Magistrate Judge, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that Plaintiff's Motion to Remand is **DENIED**, Defendant Laura Jones is dismissed, and Defendant Laura Jones's Motion to Dismiss is **DENIED AS MOOT**.

**IT IS SO ORDERED.**
SIGNED this 14th day of September, 2017.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE